UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHEPLER'S INC., et al.,

       Plaintiffs/Counter-Defendants,

v.

CITY OF MACKINAC ISLAND,

       Defendant/Counter-Plaintiff.

_____/

Case No. 2:25-cv-36

HON. ROBERT J. JONKER

**PRELIMINARY INJUNCTION**

For the reasons described in the Opinion and Order entered this day, it is hereby **ORDERED** that Defendant/Counter-Plaintiff City of Mackinac Island and its principals, agents, servants, employees, attorneys, successors and assigns, and any person(s) or entities acting or who have acted in concert or participation with one or more of such persons are **ENJOINED**, during the pendency of this action and until further order of this Court, from implementing and enforcing the proposed and adopted Ordinance Number 629 addressing ferry boat service and services related to ferry boat service. The terms of the 2012 Ordinance Number 465, and the related Memorandum of Understanding, remain in effect under the Franchise Agreement for these Plaintiffs/Counter-Defendants.

It is **FURTHER ORDERED** that, as the parties have not requested a bond under Federal Rule of Civil Procedure 65(c), and there is nothing of record to which the Court could tether a reasonable bond number, Plaintiff/Counter-Defendants Shepler's Inc. and Mackinac Island Ferry Company shall not be required to post any bond.

**IT IS SO ORDERED**.


Dated:   June 30, 2025                              /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE