# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| Shepler's Inc. d/b/a Shepler's Mackinac Island Ferry Service, and Mackinac Island Ferry Company d/b/a Arnold Transit Company,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>City of Mackinac Island,<br><br>    *Defendant/Counterclaim-Plaintiff*. | Case No.: 2:25-cv-00036 (RJJ) (MV) |

## ORDER AMENDING CASE MANAGEMENT ORDER (ECF NO. 31)

WHEREAS, the parties have submitted a Joint Motion to Amend the Case Management Order, in which Plaintiffs and Defendant each propose a different extension of the deadlines for the completion of discovery and the submission of dispositive motions established in the current Case Management Order (ECF No. 31);

WHEREAS, the Court has considered the parties' respective proposals and the reasoning set forth by each side; and

WHEREAS, the Court is persuaded that Plaintiffs' proposal more appropriately balances the need for additional time for discovery and dispositive motions with the need to avoid undue delay while avoiding the potential need for further extensions.

WHEREFORE, for good cause shown, it is HEREBY ORDERED that the December 31, 2025 discovery deadline established in the First Case Management Order (ECF No. 31) is reset to the date falling forty-five (45) days after the Court rules on Plaintiffs' and Defendant's pending discovery motions (ECF Nos. 103-105 and 106-108, respectively). The January 31, 2026

dispositive motion deadline established in the First Case Management Order is extended to a date falling thirty (30) days after the new discovery deadline. The First Case Management Order otherwise remains in effect, and this order does not change the scope of issues subject to discovery or dispositive motions at this stage of the case.

.

SO ORDERED.

Dated: December 23, 2025

/s/ *Maarten Vermaat*
Magistrate Judge Maarten Vermaat