## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

_____

### MINUTES

SHEPLER'S INC. et al.,

v.

CITY OF MACKINAC ISLAND.

**CASE NO.** 2:25-cv-36
**DATE:**        March 16, 2026
**TIME:**        10:02 – 10:19 a.m.
**PLACE:**      Grand Rapids
**JUDGE:**      Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF/COUNTER-DEFENDANTS:**
Mark Magyar

**DEFENDANT/COUNTER-CLAIMANT:**
Larry J. Saylor
Michael E. Cavanaugh
Joseph Infante

## PROCEEDINGS

**NATURE OF HEARING:**
Second Rule 16 Scheduling Conference held.

COURT REPORTER:  Paul Brandell          /s/    S. Carpenter
                                                          Case Manager