UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SHEPLER'S INC., et al.,                                    Case No. 2:25-cv-36

                        Plaintiff,                         Hon. Robert J. Jonker
        v.                                                 U.S. District Judge

MACKINAC ISLAND, CITY OF,

                        Defendants.
                                                    /

## **ORDER**

The undersigned anticipates conducting an early settlement conference in this matter in the near future.  The Court is aware that the parties have engaged in settlement discussions. The upcoming early settlement conference is more likely to be successful if the parties exchange settlement proposals prior to the settlement conference. The proposals should include a statement of each party's settlement proposal as well as a statement regarding a term or terms the party will not accept in a settlement.

The parties should provide their proposals to each other, simultaneously, at noon eastern time on **Thursday, April 30, 2026**.  The parties should also provide the Court with a copy of their proposals at vermaatmediation@miwd.uscourts.gov.


        IT IS SO ORDERED.


Date: April 9, 2026                          /s/ *Maarten Vermaat*
                                             Maarten Vermaat
                                             United States Magistrate Judge