**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| Shepler's Inc. d/b/a Shepler's Mackinac Island Ferry Service, and Mackinac Island Ferry Company d/b/a Arnold Transit Company, | Case No. 25-cv-00036 |
| *Plaintiffs/Counter-Defendants*, | Hon. Robert J. Jonker |
| v. | Magistrate Hon. Maarten Vermaat |
| City of Mackinac Island, | |
| *Defendant/Counterclaim-Plaintiff*. | |

**STIPULATION AND ORDER REGARDING DEADLINE TO CONDUCT DISCOVERY**

Plaintiffs/Counter-Defendants Shepler's Inc. d/b/a Shepler's Mackinac Island Ferry Service, and Mackinac Island Ferry Company d/b/a Arnold Transit Company ("Plaintiffs") and Defendant/Counter-Plaintiff City of Mackinac Island (the "City") hereby stipulate and agree as follows:

1.      On May 15, 2026, the Court entered an Order extending the discovery deadline to June 30, 2026. (ECF No. 149).

2.      Previously, the Court had ordered that the deadline for filing Motions for Summary Judgment would be 30 days after the close of discovery that the Court previously set. (ECF No. 116).

3.      No date for trial is currently set in this case.

4.      The parties have been working diligently to complete discovery in this matter. They have engaged in significant written and document discovery and have already taken depositions

1

of multiple witnesses – two witnesses upon whom Plaintiffs served subpoenas  and the City's three proffered experts).

5.      The parties still need to take multiple depositions. The City has noticed six (6) depositions total, including the deposition of Plaintiffs' proffered expert, depositions of both Plaintiffs' corporate representatives, and depositions of three other witnesses. Plaintiffs have noticed five (5) depositions: the City's Mayor, three current or former Council Members, and the City's corporate representative.

6.      The scheduling of these depositions is complicated by the fact that most of them are slated to take place in person around Mackinac Island or the surrounding cities. The parties are working together to schedule depositions to minimize travel time and expense for counsel and witnesses. This requires the depositions to be scheduled in August and September, 2026.

7.      As discussed with the Court at the June 16, 2026 Status Conference, given the number of depositions and the travel required, the parties do not believe they will be able to complete the depositions by the current June 30, 2026 deadline.

8.      The parties have set a deposition schedule that will allow all depositions to be completed in September, 2026.

9.      The parties therefore respectfully request that the Court extend the close of discovery to September 25, 2026, with dispositive motions to be filed thirty (30) days after, as previously contemplated by the Court.

10.      The parties are sensitive to the Court's preference for alternative dispute resolution, discussed with Magistrate Judge Maarten Vermaat at the June 16, 2026 Status Conference the best path to attempt to resolve this case short of trial, and are continuing their efforts to engage in private mediation.

11.     Good cause exists to amend the Scheduling Order to permit the parties to complete the necessary discovery.

12.     Amending the Scheduling Order will not impact any other dates in this case and will not inhibit the parties' discussions about dispute resolution.

**WHEREFORE**, for good cause shown, it is **HEREBY ORDERED** that the June 30, 2026 discovery deadline is reset to September 25, 2026 with summary judgment motions due thirty (30) days after that new deadline.

**SO ORDERED**.

 

HON. MAARTEN VERMAAT
UNITED STATES MAGISTRATE JUDGE

Dated:


Dated:  June 30, 2026

Respectfully submitted,

| DYKEMA GOSSETT PLLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
|---|---|
| By:_ *Deborah Skakel*<br>Mark J. Magyar (P75090)<br>201 Townsend St., Suite 900<br>Lansing, MI 48933<br>(616) 776-7523<br>mmagyar@dykema.com | By:_ Kimberly L., Scott<br>Larry J. Saylor (P28165)<br>Kimberly L. Scott (P69706)<br>101 North Main Street, 7th Floor<br>Ann Arbor, MI  48104<br>(734) 668.7696<br>saylor@millercanfield.com<br>scott@millercanfield.com |
| Deborah A. Skakel<br>Gregory P. Cronin<br>BLANK ROME LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>(212) 885.5148<br>deborah.skakel@blankrome.com<br>gregory.cronin@blankrome.com | Michael E. Cavanaugh (P11744)<br>FRASER TREBILCOCK<br>124 W. Allegan Street Suite 1000<br>Lansing, MI 48933<br>mcavanaugh@fraserlawfirm.com |

William J. Dorsey
BLANK ROME LLP
444 West Lake Street, Ste. 1650
Chicago, IL 60606
(312) 776-2512
william.dorsey@blankrome.com

*Attorneys for Plaintiffs/Counter-Defendants Shepler's Inc. and Mackinac Island Ferry Company*

Erin Evashevski (P80940)
EVASHEVSKI LAW OFFICE
P.O. Box 373
838 N. State Street
St. Ignace, MI 49781
erinevashevskilaw@gmail.com

*Attorneys for Defendant/Counter-Plaintiff City of Mackinac Island*

50832649.9/100487.00016