UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SHEPLER'S INC. D/B/A SHEPLER'S MACKINAC ISLAND FERRY SERVICE, AND MACKINAC ISLAND FERRY COMPLANY D/B/A ARNOLD TRANSIT COMPANY,

Plaintiffs/*Counter-Defendants,*

v.

CITY OF MACINAC ISLAND,

Defendant/*Counter-Plaintiff*.

______________________________/

Case No. 2:25-cv-36

Hon. Robert J. Jonker
U.S. District Judge

ORDER

On August 27, 2026, Mackinac Island Ferry Service and Shepler's Inc. ("the Ferry Companies") filed an emergency motion to compel discovery and for a protective order. ECF No. 215. The Ferry Companies filed a subsequent notice of partial resolution on August 31, 2026. ECF No. 220. Due to the expedited consideration requested, the response deadline for the Ferry Companies' motion is one week from the date of this Order. Thus, the City of Mackinac Island's response to the remaining issues raised in the Ferry Companies' motion is due on September 8, 2026.

IT IS SO ORDERED.

Dated: September 1, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE